

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| STEVE CALDWELL D/B/A SK PRODUCTIONS, | § | No. 08-15-00377-CV |
| Appellant, | § | Appeal from |
| v. | § | 58th District Court |
| ROY N. ETIE, INDIVIDUALLY, GOLDEN TRIANGLE | § | of Jefferson County, Texas |
| ENTERTAINMENT GROUP, INC. AND J & R FOOD AND BEVERAGE, | § | (TC # A-196,535) |
| L.L.C., | § | |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on Appellant's motion to dismiss and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 17TH DAY OF AUGUST, 2016.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.